SCHEFTEL, Respondent, v. VIRGINIA HOT SPRINGS, Appellant. (Supreme Court, Appellate Division, First Department. December 5, 1902.) Action by Herbert A. Scheftel against the Virginia Hot Springs. J. S. Shep-

perd, for appellant. W. L. Cahn, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.